U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 14 2006

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHARLES ALLEN HOUSE, | § | |
| Movant, | § | |
| | § | CRIMINAL NO. 4:95-CR-148-P |
| VS. | § | (CIVIL NO. 4:06-CV-0052-P) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

Signed this 7th day of March, 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE